In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00194-CV
_____

NOVA LEASING, LLC, Appellant

V.

MICHAEL L. FUQUA, CPR OPERATIONS, INC., AND SUN RIVER
ENERGY, INC., Appellees

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 13-11-12339 CV

**ORDER**

Appellant, Nova Leasing, LLC, filed a notice of the bankruptcy of Appellee, Sun River Energy, Inc. *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED May 28, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

1